IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEVON ARCHULETA,

    Plaintiff,

v.                                                                                              No. 1:19-CV-473 DHU/KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security Administration,

    Defendant.

ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On March 2, 2022, this case was reopened pursuant to the Social Security Administration's Motion to Reopen. *See* (Doc. 20). The Court entered a briefing schedule and ordered Plaintiff to file a Motion to Reverse or Remand Administrative Agency Decision no later than May 3, 2022. (Doc. 22). This case was subsequently reassigned to the undersigned as the pretrial judge. (Doc. 24). Plaintiff has neither filed a Motion to Remand nor requested an extension of time to do so. A district court has inherent power to dismiss a case *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

IT IS THEREFORE ORDERED that **on or before June 6, 2022**, Plaintiff shall either file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law, or file a response to this Order showing cause why this case should not be dismissed without prejudice for failure to prosecute.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE