IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEVON ARCHULETA,**
    **Plaintiff,**

vs.                                        CIV NO. 1:19-CV-473 DHU/KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER RESETTING BRIEFING SCHEDULE

Upon consideration of Defendant's Unopposed Motion to Reset Briefing Schedule (ECF No. 32), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that:

On or before November 14, 2022, Defendant shall file a corrected transcript;

On or before January 13, 2023, Plaintiff shall file a Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

On or before March 14, 2023, Defendant shall filed a Response;

On or before March 28, 2023, Plaintiff may file and serve a Reply.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

Submitted by:

  s/ *Richard W. Pruett*
RICHARD W. PRUETT
ATTORNEY FOR DEFENDANT


OF COUNSEL FOR DEFENDANT,
Margaret Sobota
Attorney


Approved by:[1]

Devon Archuleta
P.O. Box 1202
Alcalde, NM 87511

---

[1] On October 11, 2022, Of Counsel for Defendant, Ms. Sobota, discussed the dates in the agency's proposed modified briefing schedule with pro se Plaintiff Ms. Archuleta via phone and said she had no opposition.