IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEVON ARCHULETA,**

    **Plaintiff,**

    vs.                                        CIV NO. 1:19-CV-473 DHU/KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER RESETTING BRIEFING SCHEDULE

Upon consideration of Defendant's Second Unopposed Motion to Reset Briefing Schedule (ECF No. 35), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that:

On or before December 5, 2022, Defendant shall file a corrected transcript;

On or before February 3, 2023, Plaintiff shall file a Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

On or before March 20, 2023, Defendant shall file a Response;

On or before April 10, 2023, Plaintiff may file a Reply.

                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE

Submitted by:

s/ *Richard W. Pruett*
RICHARD W. PRUETT
ATTORNEY FOR DEFENDANT

OF COUNSEL FOR DEFENDANT,
Margaret Sobota
Attorney

Approved by:[1]

Devon Archuleta
P.O. Box 1202
Alcalde, NM 87511

---

[1] On November 9, 2022, Of Counsel for Defendant, Ms. Sobota, discussed the dates in the agency's proposed modified briefing schedule with pro se Plaintiff Ms. Archuleta via phone and she said she had no opposition.