IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEVON A.,**

    **Plaintiff,**

    vs.                                                  CIV. NO. 19-00473 DHU-KRS

**FRANK BISIGNANO,**[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### TO AMEND CASE CAPTION TO INCLUDE ALIAS

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Motion to Amend Case Caption to Include Alias (the "Motion"). (Doc. 46). As grounds for the Motion, Plaintiff states that throughout the administrative record she is referred to as both "Abeyta," her married name, as well as, "Archuleta," her maiden and legal name, and she goes by the alias "Devon Lee Jovan Abeyta." *Id.* Accordingly, Plaintiff requests the Court amend the caption to include "AKA DEVON LEE JOVAN ABEYTA" as Plaintiff's alias. *Id.* Having reviewed Plaintiff's Motion, noting Defendant's lack of opposition, and being fully advised, the Court will **GRANT** the Motion. The courts routinely grant stipulations to amend case captions to clarify a party's name and/or alias. *See Hoemke v. Macy's W. Stores LLC*, No. CV-20-01317-PHX-DWL, 2020 U.S. Dist. LEXIS 159850, 2020 WL 5229194, at *3 (D. Ariz. Sept. 2, 2020).

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Amend Case Caption

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit.

to Include Alias (Doc. 46) is **GRANTED**. The Clerk is **DIRECTED** to amend the docket to include "AKA DEVON LEE JOVAN ABEYTA" as Plaintiff's alias. All future filings shall reflect this change.

      **IT IS SO ORDERED.**

                                             _____
                                             KEVIN R. SWEAZEA
                                             UNITED STATES MAGISTRATE JUDGE